**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Edward Perkins & Kimberly Perkins**, ) | Case No. 4:10-cv-523-TUC-CKJ |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **National Credit Systems, Inc.,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow thirty (30) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 1st day of December, 2010.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

1 | Filed electronically on this 1st day of December, 2010, with:
2 |
3 | United States District Court CM/ECF system
4 | Notification sent via the U.S. Mail on this 1st day of December, 2010 to:
5 | National Credit Systems, Inc.
6 | P.O. Box 312125
  | Atlanta, GA 31131-2125
7 |
8 | By: s/Tremain Davis
  |     Tremain Davis

Notice of Settlement